DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

ROBERT DAVID REES (CABN 229441)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7210
    FAX: (415) 436-7234
    Robert.rees@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> APPROXIMATELY $520,446 <br><br> Defendant. | CASE NO. <br><br> COMPLAINT FOR FORFEITURE |

**NATURE OF THE ACTION**

1. This is a judicial forfeiture action, as authorized by 21 U.S.C. § 881(a)(6), involving the seizure of approximately $520,446 in United States Currency which was seized as money and property furnished or intended to be furnished by a person in exchange for a controlled substance, or money traceable to such an exchange, or money used or intended to be used to facilitate a violation Subchapter 1, Chapter 13 of Title 21, United States Code. Additionally, the money was seized as money and property relating to a conspiracy to launder money in violation of Title 18, United States Code, Section 1956(h).

**JURISDICTION AND VENUE**

COMPLAINT FOR FORFEITURE

2. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355(a), and 21 U.S.C. § 881(a)(6).

3. Venue is proper because the defendant currency was seized in the Northern District of California. 28 U.S.C. §§ 1355(b) and 1395.

4. Intra-district venue is proper in the San Francisco Division within the Northern District of California.

**PARTIES**

5. Plaintiff is the United States of America.

6. The defendant is approximately $520,446 in United States currency ("defendant $520,446"), seized from 5933 Dutyville Road, Garberville, CA APN: 221-111-024 on or about November 20, 2019.

**FACTS**

7. In November 2019, agents of the Drug Enforcement Administration ("DEA") and officers with the North State Major Investigation Team ("NSMIT") initiated an investigation into several rural properties located in and around Garberville, CA. Of relevance to this action was a parcel of property located at 5933 Dutyville Road, Garberville, CA ("subject property"), and the person suspected of being associated with it, Todor HRISTOV.

8. Agents received information from a Confidential Source[1] (CS-1) which indicated that individuals were possibly involved in marijuana cultivation and marijuana trafficking in parcels in the area of 5933 Dutyville Road, Garberville, CA. Per CS-1, the subject property is used to grow marijuana and to store marijuana, marijuana proceeds, and items associated with marijuana trafficking. CS-1 further explained that s/he recently observed a large quantity of marijuana and items associated with marijuana sales at the subject property.

9. As a result of CS-1's information and a flyover of the property, agents secured a state search warrant, which was signed on November 15, 2019 by the Honorable Lawrence Killoran, Judge of

---

[1] CS-1 has cooperated with law enforcement on several cases which have resulted in the arrest of individuals, seizure of large quantities of narcotics, and narcotics proceeds. CS-1 has not been known to provide untruthful, misleading, or false information to law enforcement. CS-1 is currently providing information for monetary compensation.

COMPLAINT FOR FORFEITURE

the Superior Court of California, County of Humboldt.

10. On November 20, 2019, agents and officers executed the search warrant at five separate locations to include the subject property. No occupants were located on the subject property. A search of trails that led away from the structure on the property revealed several depressions near the trail in a heavily wooded area. Agents dug in the depressions, which eventually revealed three separate Pelican cases wrapped in black garbage bags. Inside the three Pelican cases was a total of $520,446 in U.S. Currency. A search of a nearby structure revealed 7 additional opened Pelican cases that were dirty on the exterior, consistent with being buried in the ground recently. There was no currency in those Pelican Cases, but there were rubber bands and small chits of paper, with numbers written on them, that would indicate that the cases had recently contained currency. Also located in the structure was indicia with the name of Todor HRISTOV on it that appeared to be a receipt for service from a Lexus auto dealership in Walnut Creek, CA.

11. Research into the subject property where the funds were seized indicates that Humboldt County APN 221-111-024 was purchased by Ivan Petrov ILIEV and Todor Stoyanov HRISTOV on September 12, 2011. The property was purchased for $250,000, with an approximate down payment of $50,000. The balance of the purchase amount was financed with a deed of trust in the amount of $200,000 from the sellers. On July 19, 2012, ILIEV transferred his interest in APN 221-111-024 to HRISTOV. The property tax statements for APN 221-111-024 have been mailed to HRISTOV at 4149 Wildridge Road, Garberville, CA 95542. It is believed that address, where the subject property tax statements are mailed, is a transposition of 4149 Wilder Ridge. 4149 Wilder Ridge, Garberville, CA is a parcel owned by Georgui S. MOLLOV. MOLLOV purchased 4149 Wilder Ridge from Ivan ILIEV on June 15, 2016. It is believed MOLLOV is a nominee owner of 4149 Wilder Ridge.

12. On November 21, 2019 Task Force Detective Corin Priest utilized her certified drug detection canine "Max" to conduct a sniff of the U.S. currency seized the day before from the subject property. "Max" exhibited a change in behavior which indicated to Det. Priest that the odor of narcotics was emanating from the currency.

13. Agents also received information from CS-1 that indicated a number of properties in Garberville, CA, including the subject property, were being used as grow sites for marijuana to be sold

COMPLAINT FOR FORFEITURE

on the black market to large scale narcotics traffickers in both California and out of state. CS-1 advised that the marijuana was not being sold to legal marijuana dispensaries in California.

## VIOLATION

The United States incorporates by reference the allegations in paragraphs one through 13 as though fully set forth.

Section 881(a)(6) of Title 21 of the United States Code, provides for the forfeiture of all money furnished or intended to be furnished by any person in exchange for a controlled substance or listed chemical in violation of Subchapter I, Chapter 13 of Title 21 United States Code, all proceeds traceable to such an exchange and all money used or intended to be used to facilitate any violation of Subchapter I, Chapter 13 of Title 21, United States Code.

Section 981(a)(1)(A) of Title 18 of the United States Code, provide for the forfeiture of any property involved in a transaction or attempted transaction in violation of section 1956, 1957, or 1960 of Title 18, or any property traceable to such property.

In light of the foregoing, defendant $520,446 as specified above, is subject to judicial forfeiture.

* * * * *

WHEREFORE, plaintiff United States of America requests that due process issue to enforce the forfeiture of defendant $520,446; that notice be given to all interested parties to appear and show cause why forfeiture should not be decreed; that judgment of forfeiture be entered; that the Court enter judgment forfeiting defendant $520,446; and that the United States be awarded such other relief as may be proper and just.

DATED: May 14, 2020

Respectfully submitted,

DAVID L. ANDERSON
United States Attorney

_____/s_____
ROBERT DAVID REES
Assistant United States Attorney

COMPLAINT FOR FORFEITURE

**VERIFICATION**

I, Geoff S. Kolanowski, state as follows:

1. I am a Special Agent with the Drug Enforcement Administration. I am the case agent assigned to this case. As such, I am familiar with the facts, and the investigation leading to the filing of this Complaint for Forfeiture.

2. I have read the Complaint and believe the allegations contained in it to be true.

\*     \*     \*     \*     \*

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of May, 2020 in San Francisco, California.

_____/s_____
GEOFF S. KOLANOWSKI
Special Agent
Drug Enforcement Administration

# CIVIL COVER SHEET

The JS-CAND 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved in its original form by the Judicial Conference of the United States in September 1974, is required for the Clerk of Court to initiate the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
United States of America

**DEFENDANTS**
Approximately $520,446

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
AUSA Robert D. Rees
450 Golden Gate Avenue, 9th Floor
San Francisco, CA 94102, 415-436-7210

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | 1 | 1 | Incorporated *or* Principal Place of Business In This State | 4 | 4 |
| Citizen of Another State | 2 | 2 | Incorporated *and* Principal Place of Business In Another State | 5 | 5 |
| Citizen or Subject of a Foreign Country | 3 | 3 | Foreign Nation | 6 | 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [X] 625 Drug Related Seizure of Property 21 USC § 881 | 422 Appeal 28 USC § 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury – Product Liability | 690 Other | 423 Withdrawal 28 USC § 157 | 376 Qui Tam (31 USC § 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **LABOR** | **PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | 710 Fair Labor Standards Act | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment Of Veteran's Benefits | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | 720 Labor/Management Relations | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | **PERSONAL PROPERTY** | 740 Railway Labor Act | 835 Patent—Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | 370 Other Fraud | 751 Family and Medical Leave Act | 840 Trademark | 460 Deportation |
| | 350 Motor Vehicle | 371 Truth in Lending | 790 Other Labor Litigation | **SOCIAL SECURITY** | 470 Racketeer Influenced & Corrupt Organizations |
| 153 Recovery of Overpayment of Veteran's Benefits | 355 Motor Vehicle Product Liability | 380 Other Personal Property Damage | 791 Employee Retirement Income Security Act | 861 HIA (1395ff) | 480 Consumer Credit |
| 160 Stockholders' Suits | 360 Other Personal Injury | 385 Property Damage Product Liability | **IMMIGRATION** | 862 Black Lung (923) | 490 Cable/Sat TV |
| 190 Other Contract | 362 Personal Injury -Medical Malpractice | | 462 Naturalization Application | 863 DIWC/DIWW (405(g)) | 850 Securities/Commodities/ Exchange |
| 195 Contract Product Liability | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 465 Other Immigration Actions | 864 SSID Title XVI | 890 Other Statutory Actions |
| 196 Franchise | 440 Other Civil Rights | **HABEAS CORPUS** | | 865 RSI (405(g)) | 891 Agricultural Acts |
| **REAL PROPERTY** | 441 Voting | 463 Alien Detainee | | **FEDERAL TAX SUITS** | 893 Environmental Matters |
| 210 Land Condemnation | 442 Employment | 510 Motions to Vacate Sentence | | 870 Taxes (U.S. Plaintiff or Defendant) | 895 Freedom of Information Act |
| 220 Foreclosure | 443 Housing/ Accommodations | 530 General | | 871 IRS–Third Party 26 USC § 7609 | 896 Arbitration |
| 230 Rent Lease & Ejectment | 445 Amer. w/Disabilities– Employment | 535 Death Penalty | | | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 240 Torts to Land | 446 Amer. w/Disabilities–Other | **OTHER** | | | |
| 245 Tort Product Liability | 448 Education | 540 Mandamus & Other | | | 950 Constitutionality of State Statutes |
| 290 All Other Real Property | | 550 Civil Rights | | | |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee– Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation–Transfer
- [ ] 8 Multidistrict Litigation–Direct File

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 21, United States Code, Section 881(a)(6)
Brief description of cause:
Drug Related Forfeiture

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, Fed. R. Civ. P.
**DEMAND $**
CHECK YES only if demanded in complaint:
**JURY DEMAND:**   Yes   [X] No

**VIII. RELATED CASE(S), IF ANY** *(See instructions):*
JUDGE
DOCKET NUMBER

**IX. DIVISIONAL ASSIGNMENT (Civil Local Rule 3-2)**
*(Place an "X" in One Box Only)*
- [X] SAN FRANCISCO/OAKLAND
- [ ] SAN JOSE
- [ ] EUREKA-MCKINLEYVILLE

**DATE** 05/14/2020    **SIGNATURE OF ATTORNEY OF RECORD**    /s/ Robert D. Rees